*E-Filed 8/19/11*

JULIA M. JAYNE (State Bar No. 202753)
E-Mail: jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
369 Pine Street, Suite 518
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
STEPHEN GROSS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN GROSS<br><br>        Defendant. | Case No. CR 11-0250 RS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE HEARING<br>DATE** |

   IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Stephen Gross, that the hearing presently scheduled for August 23, 2011 at 2:30 p.m. be taken off calendar and rescheduled for September 20, 2011 at 2:30 p.m..  The reason for this extension is that Defense counsel needs additional time to review the recently-received discovery in this matter and confer with her client.

   The Defense submits and the Government does not object that it is appropriate to exclude time from August 23, 2011 though September 20, 2011, for effective preparation of the defense, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The defense submits that it is further appropriate to exclude time for availability and continuity of counsel, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into

Case No. CR 11-01250 RS

account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The United States does not object to such an exclusion.

DATED: August 17, 2011         /jmj/
                               Julia Mezhinsky Jayne
                               Counsel for STEPHEN GROSS

DATED: August 17, 2011         UNITED STATES ATTORNEY'S OFFICE

                               By:      /s/ Kathryn Haun
                                     KATHRYN HAUN
                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED: 8/19/11

                               HONORABLE RICHARD SEEBORG
                               UNITED STATES DISTRICT COURT JUDGE