1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | KATHRYN R. HAUN (DCBN 484131)
Assistant United States Attorney

5 |    450 Golden Gate Ave., Box 36055
   San Francisco, California 94102

6 |    Telephone: (415) 436-7200
   Fax: (415) 436-7234

7 |    E-Mail: kathryn.haun@usdoj.gov

8 | Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 11-CR-250-RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| STEPHEN GROSS a/k/a Stephan Gross | ) | (San Francisco Venue) |
| Defendant. | ) | |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED:                                         Respectfully submitted,

                                                            MELINDA HAAG
                                                            United States Attorney

                                                            /s/ Douglas Wilson for
                                                           MIRANDA KANE
                                                            Chief, Criminal Division

                                                           /s/ Kathryn Haun
                                                           KATHRYN R. HAUN
                                                           Assistant U.S. Attorney

NOTICE OF DISMISSAL (CR 11–250-RS)

Leave is granted to the government to dismiss the Indictment in 11-CR-250.

Date: 10-25-11

HON. RICHARD SEEBORG
United States District Judge